**Opinion issued February 25, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00935-CR

————————————

**ROBERTO ALEJANDRO RODRIGUEZ GRAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Case No. 1756321**

---

## MEMORANDUM OPINION

Appellant, Roberto Alejandro Rodriguez Gras, filed a notice of appeal from the trial court's December 8, 2022 final judgment. On the motion of appellant, the Court abated the appeal and remanded to the trial court to resolve an inconsistency in the record regarding appellant's right to appeal. However, on February 12, 2025,

appellant's counsel filed a motion to dismiss the appeal, stating that appellant "d[id] not wish to continue to prosecute the appeal," and requested that this Court "grant his motion to dismiss this appeal."

Appellant and his attorney have signed the motion, and the Court has not issued a decision. *See* TEX. R. APP. P. 42.2(a). Further, more than ten days have passed, and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we reinstate the appeal to the Court's active docket, grant appellant's motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.

Do not publish. TEX. R. APP. P. 47.2(b).